# Third District Court of Appeal
## State of Florida

Opinion filed April 26, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-273
Lower Tribunal No. 21-6474
_____

**Noham Kilinsky**,
Appellant,

vs.

**Bank Leumi Le-Israel, Ltd**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Law Offices of David S. Cohen, LC, and Lee N. Bernbaum and David S. Cohen (Orlando), for appellant.

The Lieberman Law Firm, P.A., and Mendy Lieberman, for appellee.

Before EMAS, SCALES and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 55.606(1)(b)(3), Fla. Stat. (2022) (providing in pertinent part: "The out-of-country foreign judgment shall not be refused recognition for lack of personal jurisdiction if . . . [t]he defendant, prior to the commencement of the proceedings, had agreed to submit to the jurisdiction of the foreign court with respect to the subject matter involved. . ."); <u>Kramer v. von Mitschke-Collande</u>, 5 So. 3d 689, 690 (Fla. 3d DCA 2008) (once a judgment creditor presents a foreign judgment which on its face awards a monetary sum certain and is final, conclusive, and capable of enforcement, the burden shifts to the judgment debtor to specify and establish a ground for non-recognition of that foreign judgment). <u>See also</u> <u>Vuillermin v. Mitsubishi Elec. Europe BV</u>, 233 So. 3d 1178 (Fla. 3d DCA 2017) (holding a defendant "may not avoid the foreign judgment based on lack of personal service [where] he failed to raise the issue initially in the foreign court of competent jurisdiction").